AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

ROBERT ALAN KEMP- D/B/A
NEVADA CENTRAL RAILROAD,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

            CASE NUMBER: **3:09-CV-00529-RCJ-RAM**

STATE OF NEVADA, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Ds' Motions to Dismiss are GRANTED (Dkt #s 16, 20, 25, and 59). The following motions filed by Plaintiff are DENIED: Dkt #s 47, 48, 49, 50, 56, 58, 62, 63, 65, and 66.

  11/29/2010                                  **LANCE S. WILSON**
                                                              Clerk

                                                            /s/ P. McDonald
                                                            Deputy Clerk